

# Fourth Court of Appeals
## San Antonio, Texas

April 23, 2014

No. 04-13-00899-CV

Roland S. **ROTHER**,
Appellant

v.

Janette G. **ROTHER**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-03233
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

The Appellee's Motion for Extension of Time to File Brief is GRANTED. The appellee's brief is due on May 30, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of April, 2014.

_____
Keith E. Hottle
Clerk of Court